FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOCAL UNION 598 PLUMBING & PIPEFITTING INDUSTRY HEALTH & WELFARE FUND; LOCAL UNION 598 SUPPLEMENTAL PENSION PLAN; WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN; EASTERN WASHINGTON-NORTHEAST OREGON AREA PLUMBERS, STEAMFITTERS AND REFRIGERATION FITTERS APPRENTICESHIP TRUST; LABOR-MANAGEMENT COOPERATION TRUST, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA LOCAL UNION 598, | No.  4:25-CV-05051-SAB **ORDER OF DISMISSAL** |

                Plaintiffs,

        v.

TRI TOOL POWER SERVICES, INC., a

**ORDER OF DISMISSAL** # 1

California Corporation, Entity ID #3013366,

Defendant.

Before the Court is the parties' Stipulated Motion to Dismiss Case Without Prejudice, ECF No. 18. The parties stipulate and request the Court dismiss this matter without prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The parties' Stipulated Motion to Dismiss Case Without Prejudice, ECF No. 18, is **GRANTED**.

2.      The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees to any party.

3.      The parties may move to reopen the matter if any party breaches the settlement agreement.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** # 2